UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JUDITH BADGLEY, as Executor of the Estate of Patricia Yoder, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 4:17-cv-00877-HSG<br>Hon. Haywood S. Gilliam, Jr.<br><br>ORDER ON PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT JUNE 6, 2017 CASE MANAGEMENT CONFERENCE<br><br>Action filed:    Jan. 23, 2017<br>Trial date:      Not set |

Having considered the request of lead trial counsel for plaintiff Judith Badgley, as Executor of the Estate of Patricia Yoder ("Plaintiff"), to appear telephonically at the Initial Case Management Conference in this matter scheduled for June 6, 2017 in Courtroom 2 of the above-captioned court located at 1301 Clay Street, 4th Floor, Oakland, California, and finding good cause therefore, the Court ORDERS as follows:

/ / /

/ / /

/ / /

/ / /

Trial counsel for Plaintiff is granted leave to appear telephonically at the Initial Case Management Conference in this matter on June 6, 2017 at 2:00 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: 5/31/2017

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE