UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH BADGLEY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 17-cv-00877-HSG<br><br>**AMENDED SCHEDULING ORDER** |

Finding that there is good cause to modify the fact discovery deadline, the Court hereby **SETS** the following schedule pursuant to Federal Rule of Civil Procedure 16(b)(4), Civil Local Rule 16-10(b), and the Court's prior scheduling order, Dkt. No. 39:

| Litigation Event | Date |
|---|---|
| Exchange Opening Expert Reports | September 8, 2017 |
| Exchange Rebuttal Expert Reports | September 29, 2017 |
| Close of Fact and Expert Discovery | October 20, 2017 |
| Dispositive Motion Hearing Deadline | January 4, 2018, at 2:00 p.m. |
| Pretrial Conference | March 20, 2018, at 3:00 p.m. |
| Jury Trial (3 days) | April 9, 2018, at 8:30 a.m. |

The parties are directed to review and comply with the Court's standing orders.[1]

**IT IS SO ORDERED.**

Dated: 8/7/2017

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] This order **TERMINATES** the parties' stipulation with proposed order. *See* Dkt. No. 40.